IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: January 23, 2024 |
| DARRYL T. WELLS | : | VIOLATIONS:<br>18 U.S.C. § 1344 (bank fraud – 3 counts)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE
(Bank Fraud – Trumark Financial Credit Union)

THE GRAND JURY CHARGES THAT:

1. At all times relevant to this indictment, Trumark Financial Credit Union was a financial institution headquartered in Fort Washington, Pennsylvania, the deposits of which were insured by the National Credit Union Administration, Charter Number 66158.

2. On or about December 6, 2018, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DARRYL T. WELLS**

knowingly executed, and attempted to execute, a scheme to defraud Trumark Financial Credit Union, a financial institution insured by the National Credit Union Administration, and to obtain monies owned by and under the custody and control of Trumark Financial Credit Union, by means of materially false and fraudulent pretenses, representations, and promises, that is, by submitting to Trumark Financial Credit Union a fraudulent credit application which falsely and materially overstated defendant WELLS' bi-weekly income and attaching forged paystubs for pay periods in November 2018.

All in violation of Title 18, United States Code, Section 1344(1).

## COUNT TWO
### (Bank Fraud – Citadel Federal Credit Union)

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times relevant to this indictment, Citadel Federal Credit Union was a financial institution headquartered in Exton, Pennsylvania, the deposits of which were insured by the National Credit Union Administration, Charter Number 2099.

2. On or about December 5, 2018, in the Eastern District of Pennsylvania, and elsewhere, defendant

### DARRYL T. WELLS

knowingly executed, and attempted to execute, a scheme to defraud Citadel Federal Credit Union, a financial institution insured by the National Credit Union Administration, and to obtain monies owned by and under the custody and control of Citadel Federal Credit Union, by means of materially false and fraudulent pretenses, representations, and promises, that is, by submitting to Citadel Federal Credit Union a fraudulent credit application which falsely and materially overstated defendant WELLS' monthly income.

All in violation of Title 18, United States Code, Section 1344(1).

## COUNT THREE
### (Bank Fraud – Sun East Federal Credit Union)

THE GRAND JURY FURTHER CHARGES THAT:

1. At all times relevant to this indictment, Sun East Federal Credit Union was a financial institution headquartered in Aston, Pennsylvania, the deposits of which were insured by the National Credit Union Administration, Charter Number 6160.

2. On or about January 8, 2019, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DARRYL T. WELLS**

knowingly executed, and attempted to execute, a scheme to defraud Sun East Federal Credit Union, a financial institution insured by the National Credit Union Administration, and to obtain monies owned by and under the custody and control of Sun East Federal Credit Union, by means of materially false and fraudulent pretenses, representations, and promises, that is, by submitting to Sun East Federal Credit Union a fraudulent credit application which falsely and materially overstated defendant WELLS' monthly income and attaching forged paystubs for pay periods in December 2018.

All in violation of Title 18, United States Code, Section 1344(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1344 set forth in this indictment, defendant

**DARRYL T. WELLS**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to the sum of $60,000.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

4

All pursuant to Title 18, United States Code, Section 982.

A TRUE BILL:

███████████████

FOREPERSON

*Christine E. Ayers for*
JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

DARRYL T. WELLS

INDICTMENT

Counts
18 U.S.C. §1344 (Bank Fraud – 3 counts)

Bail, $ _____